■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND STUBBS, Appellant. [710 NYS2d 287] —Judgment unanimously affirmed (see, People v Muldrow, 273 AD2d 814 [decided herewith]). (Appeal from Judgment of Monroe County Court, Egan, J.—Murder, 2nd Degree.) Present—Green, J. P., Hayes, Kehoe and Lawton, JJ.

■ In the Matter of the Arbitration between JEFFERSON COUNTY DEPUTY SHERIFF'S EMPLOYEES' ASSOCIATION, LOCAL 3089, COUNCIL 82, AFSCME, AFL-CIO, Respondent, and JEFFERSON COUNTY, Appellant. [710 NYS2d 285] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Arbitration.) Present— Green, J. P., Hayes, Kehoe and Lawton, JJ.

■ JOSEPH P. OATES, Appellant, v CITY OF NIAGARA FALLS, Defendant, and O'BRIEN-KREITZBERG & ASSOCIATES, INC., Respondent. [710 NYS2d 286] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Green, J. P., Hayes, Kehoe and Lawton, JJ.